PK

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Shawn McCarthy (312) 353-8881

**INTAKE**

MAR 2 0 2019 ℔

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 2 0 2019

UNITED STATES OF AMERICA

v.

STEPHEN A MORRIS

CASE NUMBER: MAGISTRATE JUDGE JEFFREY I. CUMMINGS

**19 CR 265**

**CRIMINAL COMPLAINT**   MAGISTRATE JUDGE CUMMINGS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 20, 2019, at Crete, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Smith & Wesson, SD40VE, .40 caliber semiautomatic handgun, bearing serial number FWT3277, which firearm had traveled in interstate commerce prior to MORRIS' possession of the firearm |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

NEDDY FIERRO
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Sworn to before me and signed in my presence.

Date: March 20, 2019

Judge's signature

City and state: Chicago, Illinois

JEFFREY CUMMINGS, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

ss

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, NEDDY FIERRO, being duly sworn, state as follows:

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been so employed since approximately May 2017.  My current responsibilities include the investigation of violent crimes and firearms offenses.

2.     This affidavit is submitted in support of a criminal complaint alleging that, on or about March 20, 2019, STEPHEN A. MORRIS, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in an affecting interstate commerce, a firearm, namely, a Smith & Wesson SD40VE, .40 caliber semiautomatic handgun, bearing serial number FWT3277, which firearm had traveled in interstate commerce prior to MORRIS' possession of the firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3.     Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the requested complaint I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that MORRIS committed the firearm offense alleged in the complaint.

4.      The information in this affidavit is based on my review of documents and records, my own observations and actions, information received from other law enforcement agents, my experience and training, and the experience and training of other law enforcement agents with whom I have consulted.

**FACTS ESTABLISHING PROBABLE CAUSE**

5.      According to criminal history records obtained from law enforcement databases, MORRIS is a convicted felon and not permitted to possess firearms. Specifically, on or about November 21, 2013, MORRIS was convicted of the felony aggravated unlawful use of a weapon in the Circuit Court of Cook County, Illinois.

6.      On or about March 20, 2019, law enforcement executed search warrant 19M185 on the single-family home located at 1429 Park Street, Crete, Illinois. Upon entering the residence, law enforcement found MORRIS in Bedroom 1 with a female, Individual A.

7.      During execution of the search warrant, law enforcement located a loaded Smith & Wesson, SD40VE, .40 caliber handgun bearing serial number FWT3277 on the top shelf of the closet in Bedroom 1. Law enforcement recovered a wallet sitting on top of the handgun. The wallet contained, among other things, a photo identification card for MORRIS and credit cards bearing the name "Stephen Morris."

8.      Law enforcement also located on the top shelf of the closet in Bedroom 1 an opened package with China Post tracking number LW083203352 addressed to "Stephen Morris, 1429 Park Street, Crete, Illinois, 60417, United States." Inside of

that opened package, law enforcement observed one Glock auto switch[1] capable of transforming a semiautomatic Glock handgun into a machinegun.

9.      Also in the closet of Bedroom 1, law enforcement located men's and women's clothing items, including a men's jacket with a loaded extended magazine for a 9mm Glock handgun in the pocket.

10.     MORRIS was placed under arrest at the scene.  Prior to being transported to the Crete Police Department, MORRIS asked to retrieve some clothing from his bedroom.  MORRIS directed law enforcement to Bedroom 1 to retrieve sweatpants and a sweatshirt for MORRIS.

11.     Law enforcement located a loaded Glock, model 19, 9mm caliber handgun bearing serial number BHCG431 between the mattress and frame of a child's bed in Bedroom 2.

12.     In the basement of the home law enforcement located a loaded a Century Arms, model M70AB Sporter, 7.62 caliber rifle bearing serial number AB2-C106670, in a closet under the stairs.

---

[1] Based upon my training and experience and the training and experience of other agents with whom I have consulted, I am aware of conversion devices that have been designed and created for the sole purpose of converting semiautomatic Glock pistols into fully automatic machineguns. These devices vary by design and appearance but all, when properly installed on a semiautomatic Glock pistol, will allow the firearm to expel more than one projectile by a single pull of the trigger. I also know that these devices are referred to by different names, including but not limited to: "switches," "auto sears," "convertors," "conversion switches," "selector switches," "conversion devices," "fire selector systems for Glock," and "auto switch."

13.     Law enforcement also recovered from the basement rafters a box of .25 caliber ammunition, 9mm caliber barrel and a bag containing three 9mm caliber ammunition.

14.     Individual A was interviewed by law enforcement and stated the Glock, model 19, 9mm caliber handgun was hers and she had no knowledge of the other guns or Glock auto switch recovered in the home.

15.     According to an ATF interstate nexus expert, the Smith & Wesson, SD40VE, .40 caliber semiautomatic handgun bearing serial number FWT3277 was manufactured outside of Illinois, and, therefore, had traveled in interstate commerce before MORRIS' possession of it.

16.     Based on the foregoing, I respectfully submit that there is probable cause to believe that MORRIS, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Smith & Wesson, SD40VE, .40 caliber semiautomatic handgun, bearing serial number FWT3277.

FURTHER AFFIANT SAYETH NOT.

NEDDY FIERRO
Special Agent, Bureau of Alcohol, Tobacco,
Firearms & Explosives

SUBSCRIBED AND SWORN to before me on March 20, 2019.

JEFFREY CUMMINGS
United States Magistrate Judge

4